IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:18-CR-344 (TJM) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MATTHEW OSUBA,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The government's Motion for a Protective Order is hereby GRANTED, and the government is authorized to disclose documents containing identifying information about the victims in the above-captioned case to the defendant.

IT IS FURTHER ORDERED, pursuant to Rule 16(d)(1) and 18 U.S.C. §3509(1) that: (1) such documents be used solely by Richard Willstatter, Esq. and other attorneys and support staff employed by his law firm, Green and Wilstatter, and retained to work on the defendant's appeal; (2) Richard Willstatter, Esq. shall maintain sole and exclusive control of all copies of such documents and shall not provide copies of such documents to the defendant;  (3) Richard Willstatter, Esq. shall keep such documents in a secure place to which no person who does not have reason to know their contents has access; (4) Richard Willstatter, Esq. shall return all copies to the government at the conclusion of the defendant's appeal.

Dated: _____, 2021

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge